# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 19, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Jino E. Cabrera,

                Plaintiff,

v.

Nation Star Mortgage et al.,

                Defendants.

LACV 17-2287-VAP (ASx)

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Motion to Dismiss (Doc. No. 19), IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 5/19/17

Virginia A. Phillips
Chief United States District Judge

1